RECEIVED
IN LAKE CHARLES, LA

AUG 1 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:11CR 00106-001** |
| **VS.** | : | **JUDGE MINALDI** |
| **ROBERT FLOWERS** | : | **MAGISTRATE JUDGE KAY** |

**MEMORANDUM RULING**

Before the court are the defendant's objections to the Presentence Report ("PSR") prepared by the Probation Department.

In his first objection, the defendant argues that he should not have been given a two-level increase pursuant to U.S.S.G. §2D1.1(b)(1) for possession of a firearm. He argues that there is no evidence that he possessed a weapon during a drug transaction. In the Stipulated Factual Basis, however, Flowers admits to receiving firearms as payment for methamphetamine. Although the Fifth Circuit has not addressed this issue, five other circuits have held that an enhancement pursuant to §2D1.1(b)(1) is appropriate when firearms are exchanged for drugs. *See United States v. Smythe*, 363 F.3d 127 (2nd Cir. 2004); *United States v. Rogers*, 150 F.3d 851 (8th Cir. 1998); *United States v. Robertson*, 45 F.3rd 1423, 1449 -1450 (10th Cir. 1995); *United States v. Berthiaume*, 233 F.3d 1000 (7th Cir. 2000); *United States v. Newton*, 184 F.3d 955 (8th Cir. 1999). Based upon this jurisprudence, the court finds that this enhancement was properly applied and the defendant's objection is overruled.

Objections 2 and 3 argue for a recalculation based upon objection 1. Since objection 1 is

overruled, objections 2 and 3 are likewise overruled.

Objections 4 and 5 have no impact on the guideline calculations and require no ruling by the court.

Objection 6 is predicated upon a successful argument in objection 1.  Since objection 1 is overruled. Objection 6 is overruled.

Objection 7 has no impact on the guideline calculations and requires no ruling by the court.

On August 8, 2013, defense counsel filed a "Clarification of Precious (sic) Objections." In this document, the defense made some valid arguments.  His objections relate to criminal history and how it was calculated.  After consideration of this argument, Probation agreed and reduced the Criminal History Category from III to II, which reduced guideline range of imprisonment

Lake Charles, Louisiana, this _____ day of August, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

2